# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILINOIS
# EASTERN DIVISION

| | |
|---|---|
| DONALD VILLIARD, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF HARLEY C. VILLIARD, DECEASED, ) ) ) ) | |
| Plaintiff, ) ) ) | COMPLAINT AND DEMAND FOR JURY TRIAL |
| vs. ) ) | CIVIL CASE NO.: 18-CV-2969 |
| GENERAL MOTORS LLC. a Delaware Limited Liability Company, ) ) ) ) | |
| Defendant. ) | |

## COMPLAINT AT LAW

Plaintiff, DONALD VILLIARD, Independent Administrator of the Estate of HARLEY C. VILLIARD, by his attorneys, FREEMANTUTAJ LLC, complains of Defendant GENERAL MOTORS LLC as follows:

## SUBJECT MATTER JURISDICITON AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, because the amount in controversy as to the Plaintiff exceeds $75,000.00, exclusive of interest and costs, and because complete diversity exists between the parties, as Plaintiff, DONALD VILLIARD, Independent Administrator of the Estate of HARLEY C. VILLIARD, is a citizen of Lake County Illinois, which is different from the states where Defendant is incorporated and has its principal places of business.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 since Defendant is subject to personal jurisdiction in accordance with 28 U.S.C. § 1391 (c).

3. This action includes claims for injuries to Plaintiff caused by design and manufacturing defects of a 2010 Chevrolet Cobalt LS and therefore should be, and Plaintiff

1

consents to, transfer to **Multidistrict Litigation No. 14-MD-2543 In Re: General Motors LLC Ignition Switch Litigation,** United States District Court, Southern District of New York, the Honorable JESSE M. FURMAN.

## NATURE OF THE CASE

4.  This is a product liability action on behalf of Plaintiff against Defendant who designed, manufactured and sold a 2010 Chevrolet Cobalt which contributed to the death of HARLEY C. VILLIARD when the vehicles airbags failed to deploy following a side impact collision.

## PARTY DEFENDANTS

5.  On information and belief, Defendant GENERAL MOTORS LLC (General Motors) is a Limited Liability Company is a corporation organized and existing under the laws of the state of Delaware with its primary place of business in Detroit Michigan.

6.  Defendant General Motors does business in Illinois, including selling the 2010 Chevrolet Cobalt which contributed to the death of HARLEY C. VILLIARD.

## COUNT I
### Illinois Survival Act, 755 ILCS 5/27-6

1.  At all times herein relevant HARLEY C. VILLIARD, was a resident of the Village of Antioch, Lake County, Illinois.

2.  On November 13, 2014 HARLEY C. VILLIARD came to his death while operating a 2010 Chevrolet Cobalt LS when the vehicles airbags failed to deploy following a side impact collision.

3.  Plaintiff, DONALD VILLIARD is the father and duly appointed Independent Administrator of the Estate of HARLEY C. VILLIARD, deceased.

4.      GENERAL MOTORS LLC is a Delaware limited liability company with its principal place of business located at 300 Renaissance Center, Detroit, Michigan, and is a citizen of the States of Delaware and Michigan.

5.      At all times relevant, GENERAL MOTORS LLC, (GENERAL MOTORS) manufactured, designed, distributed, sold, promoted, marketed and supplied motor vehicles, including but not limited to vehicles sold and market under the brand name of Chevrolet Cobalt LS.

6.      On or about January 6, 2010 GENERAL MOTORS designed, manufactured, distributed and placed into the stream of commerce a certain 2010 Chevrolet Cobalt LS, vehicle identification number 1G1AB5F50A7155566 (the Cobalt).

7.      The said Colbalt was defective in its manufacture and construction when it left the hands of Defendant and Defendant placed it into the stream of commerce in a defective and unreasonably dangerous condition such that the foreseeable risks exceeded the benefits associated with the design and/or formulation of the vehicle.

8.      As a proximate result of one or more of the foregoing defective and unreasonably dangerous conditions, HARLEY C. VILLIARD came to his death on November 13, 2014. Plaintiff's decedent left the following survivors: his father Donald Villiard; his mother Cynthia McDonough; his siblings Don Villiard, Tanya McDonough, and Timothy Villiard.

9.      This action is brought by DONALD VILLIARD, Independent Administrator of the Estate of HARLEY C. VILLIARD, deceased, pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, to recover those damages experienced by HARLEY C. VILLIARD prior to his death.

WHEREFORE, Plaintiff, DONALD VILLIARD, Independent Administrator of the Estate of HARLEY C. VILLIARD, deceased, prays this Court enter judgment in his favor and against Defendant GENERAL MOTORS LLC for a sum in excess of $50,000 that the trier of fact finds to be fair and accurate compensation for the pain, suffering, disability and other damages experienced by HARLEY C. VILLIARD prior to his death.

## COUNT II
## Wrongful Death Act, 740 ILCS 180

10. Plaintiff re-alleges, restates and incorporates by reference as if fully set forth herein paragraphs 1 to 9 of Count I as paragraph 10 of this Count II.

11. The death of HARLEY C. VILLIARD has caused his next of kin substantial loss and damages including the loss of his love, affection, society and companionship as well as their own grief, pain and suffering.

12. This action is brought by Plaintiff, DONALD VILLIARD, Independent Administrator of the Estate of HARLEY C. VILLIARD, pursuant to the Illinois Wrongful Death Act, 740 ILCS 180, for those damages recoverable pursuant to that statute, including the value of the loss of HARLEY C. VILLIARD' love, affection, society and companionship to his next of kin as well as his next of kin's own grief, sorrow and mental suffering.

WHEREFORE, Plaintiff, DONALD VILLIARD, Independent Administrator of the Estate of HARLEY C. VILLIARD, deceased, prays this Court enter judgment in her favor and against Defendant GENERAL MOTORS LLC for a sum in excess of $50,000 that the trier of fact finds to be fair and accurate compensation for the damages suffered by decedent's next of kin as a result of the death of HARLEY C. VILLIARD pursuant to The Wrongful Death Act.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all counts and as to all issues

Respectfully submitted,

_____
JAMES P. TUTAJ,

James P. Tutaj (IL6211887)
James.tutaj@sbcglobal.net
FreemanTutaj LLC
170 Center Street – Suite 2
Grayslake Illinois 60030
847-223-0940
847-223-0945 (fax)